No. 25-8019

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

MAHMOUD KHALIL,

Respondent,

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW YORK
FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT;
WARDEN ELIZABETH CONTRACT DETENTION FACILITY; DIRECTOR
UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT;
SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY;
SECRETARY UNITED STATES DEPARTMENT OF STATE; ATTORNEY
GENERAL UNITED STATES OF AMERICA,

Petitioners.

On Appeal from the United States District Court
for the District of New Jersey, No. 25-1963 (MEF) (MAH)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

YAAKOV M. ROTH
Acting Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

ERNESTO H. MOLINA
Deputy Director

SARAH S. WILSON
Assistant Director

ALANNA T. DUONG
DHRUMAN Y. SAMPAT
Senior Litigation Counsel

RACHEL BROWNING
JOSHUA C. McCROSKEY
Trial Attorneys

## <u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>

Pursuant to this Court's order dated April 15, 2025, I hereby certify that on April 14, 2025, at 3:42pm, I sent a copy of the Government's petition for permission to appeal via email on the following counsel for petitioner: Farrin Anello, Jeanne LoCicero, Molly Linhorst, Naz Ahmad, Baher Azmy, and Amy Green. As part of the same communication, I also attached the addendum and a screenshot of the Court's CM/ECF site, which confirmed that the petition and addendum had been submitted. The screenshot also reflects that the submission occurred on April 14, 2025, by 3:01pm.

I further certify that the petition and addendum served on petitioner's counsel are the same versions that were submitted on the Court's CM/ECF system.  I also certify on that April 11, 2025, I informed petitioner's counsel and the U.S. District Court for the District of New Jersey of the Government's intention to file said petition during a telephonic status conference.

Following this Court docketing the petition, I served copies of the as-filed petition and addendum (Dkt. No. 1) on the same counsel listed above as well as Brett M. Kaufman, Molly Linhorst, Alina Das, Liza Weisberg, and Esha Bhandari who have all noticed their appearances on this docket. I emailed those filings to counsel on April

15, 2025. I also caused hard copies of the submitted and as-filed pleadings to be served

on counsel at the following addresses via FedEx:[1]


Brett Max Kaufman
Esha Bhandari
American Civil Liberties Union
Foundation
125 Broad Street
18th Floor
New York, New York 10004

Liza Weisberg
Molly K.C. Linhorst
Jeanne LoCicero
Farrin Anello
American Civil Liberties Union of New
Jersey
570 Broad Street
11th Floor
Newark, New Jersey 07102

Alina Das
Washington Square Legal Services Inc.
Immigrant Rights Clinic
245 Sullivan Street
5th Floor
New York, New York 10012

Baher Azmy
Center for Constitutional Rights
666 Broadway
7th Floor
New York, New York 10012

Naz Ahmad
Main Street Legal Services, Inc.
CUNY School of Law
2 Sourt Square
Long Island City, New York 11101

Joshua Dratel
Amy Greer
Dratel & Lewis
29 Broadway
Suite 1412
New York, New York 10006


*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Senior Litigation Counsel

---

[1] At the time of this filing, the tracker for the third-party carrier service reflects that all six packages were delivered.

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2025, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Third Circuit by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Senior Litigation Counsel