No. 25-8019

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

MAHMOUD KHALIL,

Respondent,

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW YORK FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN ELIZABETH CONTRACT DETENTION FACILITY; DIRECTOR UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY; SECRETARY UNITED STATES DEPARTMENT OF STATE; ATTORNEY GENERAL UNITED STATES OF AMERICA,

Petitioners.

On Appeal from the United States District Court
for the District of New Jersey, No. 25-1963 (MEF) (MAH)

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL

| | |
|---|---|
| YAAKOV M. ROTH | ALANNA T. DUONG |
| Acting Assistant Attorney General | DHRUMAN Y. SAMPAT |
| | Senior Litigation Counsel |
| DREW C. ENSIGN | |
| Deputy Assistant Attorney General | RACHEL BROWNING |
| | JOSHUA C. McCROSKEY |
| SARAH S. WILSON | Trial Attorneys |
| Assistant Director | |

Respondents-Appellants ("the Government") respectfully request leave and ask that this Court allow the Government to submit a reply in support of its petition for permission to appeal no later than Friday, May 2, 2025. In support of its request, the Government states the following:

1. On April 14, 2025, the Government filed its petition seeking permission.

2. On April 15, 2025, this Court docketed the petition and requested that the Government submit a supplemental certificate of service confirming that service of the petition and addendum had been effectuated.

3. On April 22, 2025, Petitioner-Appellee filed an opposition to the Government's petition.

4. Amongst other arguments, Petitioner-Appellee contends that the Government may have waived certain arguments. This contention warrants a response.

5. This Court has previously granted permission for the petitioning party to file a reply in further support of its petition. *See, e.g.*, *Atlas Data Privacy Corp. v. We Inform LLC*, No. 24-8047 (3d Cir.), Dkt. No. 90[1]; *Dunne v. Elton Corp.*, No. 23-8016 (3d Cir.), Dkt. No. 28.

6. Consideration of a reply would not delay this Court's decision on whether to permit this appeal. Neither party will be prejudiced by the reply. Neither party has

---

[1] The Court consolidated this appeal with Nos. 24-8046, 24-8047, 25-8002, 25-8003. From reviewing the docket, it appears that there was only one request to file a reply.

1

sought to stay district court proceedings. Indeed, the district court litigation remains to proceed at pace. *See, e.g.*, Dist. Ct. Dkt. Nos. 203–206.

7. Additionally, undersigned counsel will be traveling on April 28 and April 29 to appeal to appear before the Second Circuit for an oral argument in a different matter. Allowing the Government to submit its reply by May 2 will account for counsel's limited availability over the next few days.

8. The parties conferred. Respondent opposes Petitioners' request for leave to file a reply brief, due to his ongoing confinement and his need for prompt consideration of his petition.

*    *    *

Dated: April 25, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation

ERNESTO H. MOLINA
Deputy Director

SARAH S. WILSON
Assistant Director

ALANNA T. DUONG
Senior Litigation Counsel

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Senior Litigation Counsel
Office of Immigration Litigation
General Litigation and Appeals Section
PO Box 878, Ben Franklin Station
Washington, D.C. 20044
dhruman.y.sampat@usdoj.gov

RACHEL BROWNING
JOSHUA C. McCROSKEY
Trial Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Third Circuit by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Senior Litigation Counsel

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the Federal Rules of Appellate Procedure and Local Rules set forth by this Court.

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Senior Litigation Counsel