UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-093

No. 25-8019

Mahmoud Khalil

v.

President United States of America; Director New York Field Office Immigration and Customs Enforcement; Warden Elizabeth Contract Detention Facility; Director United States Immigration and Customs Enforcement; Secretary United States Department of Homeland Security; Secretary United States Department of State; and Attorney General United States of America,
                                                            Petitioners

(D.N.J. No. 2:25-cv-01963)

Present: HARDIMAN, BIBAS, AND FREEMAN, Circuit Judges

1. Petitioners' Petition for Permission to Appeal under 28 U.S.C. § 1292(b)
2. Respondent's Answer in Opposition;
3. Petitioners' Reply in Further Support of Petition.

                                                        Respectfully,
                                                        Clerk/kr

_____ORDER_____

The foregoing petition is denied.

                                                        By the Court,

                                                        s/ Arianna J. Freeman
                                                        Circuit Judge

Dated: May 6, 2025

A True Copy:

Patricia S. Dodszuweit, Clerk